NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JACOB MURRAY,                          )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D18-1715
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____)

Opinion filed November 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.

PER CURIAM.

          Affirmed.  See § 775.082(9)(a)(3), Fla. Stat. (2010); State v. Roby, 246
So. 2d 566 (Fla. 1971); Ward v. State, 946 So. 2d 33 (Fla. 2d DCA 2006); Hillman v.
State, 410 So. 2d 180 (Fla. 2d DCA 1982); Woodberry v. State, 193 So. 3d 5 (Fla. 4th
DCA 2016); Ellington v. State, 96 So. 3d 1131 (Fla. 1st DCA 2012); Ives v. State, 993
So. 2d 117 (Fla. 4th DCA 2008); Rangel v. State, 937 So. 2d 1218 (Fla. 3d DCA 2006);
Lopez v. State, 833 So. 2d 283 (Fla. 5th DCA 2002); Roberts v. State, 813 So. 2d 1016
(Fla. 1st DCA 2002); State v. Newmones, 765 So. 2d 860 (Fla. 5th DCA 2000); Freeny
v. State, 621 So. 2d 505 (Fla. 5th DCA 1993).


SILBERMAN, VILLANTI, and CRENSHAW, JJ., Concur.